NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>Debtor,<br>_____<br><br>DEWEY GREEN; MARY READER,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>UNAATUQ, LLC,<br><br>Defendant-Appellee. | No. 15-35197<br><br>D.C. No. 4:14-cv-00010-HRH<br>District of Alaska,<br>Fairbanks<br><br>ORDER AMENDING |

| | |
|---|---|
| In re: CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>Debtor,<br>_____<br><br>LOUIE GREEN, Jr.,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>UNAATUQ, LLC, | No. 15-35205<br><br>D.C. No. 4:14-cv-00012-HRH |

| Defendant-Appellee. |
| --- |

Before:  FISHER, PAEZ, and HURWITZ, Circuit Judges.

The memorandum disposition filed on August 17, 2016 is amended on page three line six by adding new footnote one, which states:

> Claimants' argument that the bankruptcy court lacked jurisdiction over them fails.  Claimants filed a Rule 60(b)(4) motion in the bankruptcy court seeking relief from the prior sale order, arguing that they had acquired title to a portion of the Property through adverse possession. *See Wellness Int'l Network, Ltd. v. Sharif*, 135 S. Ct. 1932, 1939 (2015) (stating there is no jurisdictional defect "when the parties knowingly and voluntarily consent to adjudication by a bankruptcy judge").

With this amendment, the petition for rehearing and rehearing en banc is DENIED.

No further petitions for rehearing shall be filed.